John Wanhope et al., Appellants, *v*. The Press Company, Inc., Respondent.

Argued May 26, 1939; decided June 19, 1939.

608

*John T. DeGraff* for appellants.

*Charles E. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

In the Matter of A. H. DUGRENIER, INC., et al., Respondents, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted May 17, 1939; decided June 21, 1939.